MICHAEL PECTOL    CC: LEK/KJM/FILER

Address(es) Confidential

Phone Number Confidential

Email: Michael.PectolBVB@protonmail.com

Michael Pectol

V.

PF Changs Waikiki, Et. Al.

United States District Court
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 16 2022
IFP SUBM.
at 2 o'clock and 15 min. P M
CLERK, U.S. DISTRICT COURT
FILED

Cover Page: Civil / Criminal Complaint

To The Court(s): ORIGINAL

CV22 00221 LEK KJM

ATTN: The Office of the Clerk
United States District Court(s)
Federal Building - Honolulu, Oahu
300 Ala Moana Boulevard, 3rd Floor
Honolulu, Oahu, Hawaii, United States

ATTN: District Court Assigned Judicial Authority

CONTENTS:

1.) Cover-Page
2.) Criminal Complaint Evidentiary Reference, Relief Listing, [Includes Summary Judgement Motion.]

Location: Honolulu, Oahu, Hawaii

Date: May 16, 2022

Michael Pectol [Bodhidiane - Esp]   M.P.

Previous Case Numbers Itemized Below If Required:

Evidentiary Filings And Additional Reference:

U.S. District Court(s): Los Angeles, San Jose, San Francisco, Honolulu

U.S. Court(s): Western Division - Los Angeles, Honolulu

U.S. Attorney Generals Files: L.A.; S.F.; Honolulu

# DEFENDANT FORM

| | INDEX CATEGORY |
|---|---|
| MICHAEL PECTOL, ET. AL. (PLAINTIFF(S)) PRO SE. | |
| MICHAEL PECTOL, PRO SE, ET. U.S. | |
| V. | |
| PF CHANGS WAIKIKI AND EMPLOYEES | |
| | CRIMINAL / CIVIL |

UNITED STATES DISTRICT COURT(S), DISTRICT OF HAWAII (STATE OF)

DEFENDANT: PF CHANG'S (WAIKIKI LOCATION AND CORPORATE LOCATIONS GROUP)*; AS STAFF AND INDIVIDUALS.*, ET. AL.

COMPLAINT: (ITEMIZED) UPON BEING HIRED AT PF CHANGS, I FOUND THE FRAUD SO RAMPANT I HAD TO FILE MY IDENTITY DOCUMENTS AT U.S.D.C. FILING LOCATION TO DOCUMENT INCOME; PREVENT IDENTITY THEFT BY OPERATORS, MGMT, AND CRIMINAL EMPLOYEES IN LOCAL SOCIAL NETWORKS. I SOON FOUND A COMPLETE DISREGARD FOR CIVILIZED AND REGULATED PARTICIPATION IN SOCIETY. BY STAFF(S) PARTICIPATION IN FRAUD, AND INSISTANCE UPON JAIL/PRISON ORIENTED HAZING REQUIREMENTS INVOLVING ABUSE PHYSICAL AND FRAUDULENT IDENTITY PROCESSING BY STAFF ASSOCIATED WITH VARIOUS CRIMINAL GROUPS, NETWORKS, ACTIVITIES, AND PAST STALKING OF MYSELF FOR PURPOSES OF EXPLOITATION.* I ALSO NOTE THAT FORCED SEXUAL ACTIVITIES WERE PRESENT WITH CONDITIONAL EMPLOYMENT OF OTHER EMPLOYEES. UPON TERMINATION (NOTING DIFFERENT MANAGEMENT USING THE SAME NAME) I WAS ALSO THREATENED WITH FURTHER REPERCUSSIONS IN THE ROYAL HOTEL COMMERCIAL COMPLEX, WHICH OCCURRED. [SEE DOCUMENTS: 00076, ASSOCIATED HARRASSMENT, AND PROCESS SERVING DOCUMENTS REGARDING CORPORATE FRAUD AND ASSOCIATIONS TO POLICE CORRUPTION, CRIMINAL GANGS, AND CRIMES AGAINST HUMANS (VARIOUS VENUES)

MONETARY RELIEF AMOUNT: $ _____ U.S.D.

RELIEF PER SUMMARY JUDGEMENT: TITLE DOCUMENTS TO PROPERTY LOCATION, AND PUNATIVE/CRIMINAL DAMAGES INCLUDING CRIMINAL PROSECUTION.

REFERENCE: APRIL 26TH FILING AND PROCESS SERVING.

DOCUMENTS SUBPEONA(S): ALL HUMAN RESOURCES(1), FINANCIALS(2), FOOD RECEIVED(3).

REFERENCE: UNITED NATIONS HUMAN RIGHTS*; SF - USPC - 00717; SAN MATEO

OAHU, HONOLULU
HAWAII

MAY 16 2022 2:00PM   CASHEE PETTY [DBA] IDENTITY GUARD

MICHAEL PECTOL (BIRTH NAME)

RE: Police Harrassment (coordinated) and Process Serving to Municipal Police Honolulu & Waikiki

RE: PF Changs and Police Dept

RECEIVED
STATE OF HAWAII
ATTORNEY GENERAL
2022 MAY 17 A 1:27