# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

MICHAEL PECTOL

Plaintiff,

V.

PF CHANGS WAIKIKI

Defendant.

JUDGMENT IN A CIVIL CASE

Case: CV 22-00221 LEK-KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 2, 2022

At 8 o'clock and 40 min a.m.
PAM HARTMAN BEYER, CLERK

[ ]    **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]    **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to the "Order Denying Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs Without Prejudice", ECF No. 16, filed on June 30, 2022.

August 2, 2022

Date

PAM HARTMAN BEYER

Clerk

/s/ PAM HARTMAN BEYER by EA

(By) Deputy Clerk